UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**
AUG - 3 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) No.<br>) |
| vs. | )<br>) 4:22-cr-00429-CDP-SRW |
| DARIUS T. GRIFFIN, | )<br>) |
| Defendant. | ) |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about July 21, 2022, in St. Louis City, within the Eastern District of Missouri,

**DARIUS T. GRIFFIN,**

Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed ammunition that had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
C. RYAN FINLEN, #6305918(IL)
Assistant United States Attorney
ryan.finlen@usdoj.gov